**BENEDICT AND ALTMAN**
STEVEN D. ALTMAN, ESQ. – ID#254231969
247 Livingston Avenue
New Brunswick, New Jersey  08901
732-745-9000
Attorneys for Defendant Jose Torres
saltman@benedictandaltman.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL ACTION |
| Plaintiff, | : | Hon. Michael A. Hammer |
| | : | MAG. NO. 20-10059 |
| vs. | : | |
| JOSE TORRES | : | |
| Defendant. | : | **NOTICE OF APPEARANCE** |

    PLEASE TAKE NOTICE that Steven D. Altman, Esq., of the law firm of Benedict and Altman, attorneys for the defendant Jose Torres will be appearing as counsel for defendant Jose Torres in the above captioned matter.

                                BENEDICT AND ALTMAN
                                Attorneys for Defendant Torres


                                /s/ Steven D. Altman
                                  STEVEN D. ALTMAN

DATED:  February 24, 2020