## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA | : Hon. Michael A. Hammer |
| v. | : Mag. No. 20-10059 |
| JOSE TORRES | : **ORDER FOR CONTINUANCE** |

This matter having come before the Court on the joint application of Craig Carpenito, United States Attorney for the District of New Jersey (by Emma Spiro, Assistant United States Attorney), and Defendant Jose Torres (by Steven Altman, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter; and Defendant being aware that he has the right to have the matter submitted to a grand jury within 30 days of the date of his arrest pursuant to Title 18 of the United States Code, Section 3161(b); and Defendant, through his attorney, having consented to the continuance; and no prior continuances having been granted; and for good and sufficient cause shown,

**IT IS THE FINDING OF THIS COURT** that this action should be continued for the following reasons:

(1) The Defendant has not yet been removed from the District of Massachusetts, and therefore will be prejudiced if the government were forced to seek to indict the Defendant prior to the Defendant having the opportunity to consult with his counsel;

(2) Both the United States and Defendant seek additional time to engage in plea negotiations to resolve this matter, which would render trial unnecessary;

(3) Defendant has consented to the aforementioned continuance;

(4) The grant of a continuance will likely conserve judicial resources; and

(5) Pursuant to Title 18 of the United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interests of the public and Defendant in a speedy trial.

**WHEREFORE**, it is on this 5th day of ~~February~~ March, 2020;

**ORDERED** that this action be, and it hereby is, continued from the date this Order is signed through and including April 30, 2020; and it is further,

**ORDERED** that the period from the date this Order is signed through and including April 30, 2020 shall be excludable in computing time under the Speedy Trial Act of 1974.

_____
HONORABLE MICHAEL A. HAMMER
United States Magistrate Judge

Form and entry consented to:

_____
Steven Altman, Esq.
Counsel for Defendant

_____
Emma Spiro
Assistant U.S. Attorney