# UNITED STATES DISTRICT COURT
## for the
### District of New Jersey

UNITED STATES OF AMERICA

*Plaintiff*

v.

JOSE TORRES

*Defendant*

Case No.   2:20-mj-10059-MAH-1

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

The financial inability of the defendant to retain counsel having been established by the Court,

and the defendant not having waived the appointment of counsel,

It is on this ____17____ day of __March_____, 2019,

ORDERED that _____LISA M. MACK_____from the office of the Federal Public

Defender for the District of New Jersey is hereby appointed to represent said defendant in the cause until

further order of the Court.

EDWARD S. KIEL
United States Magistrate Judge