BENEDICT AND ALTMAN
STEVEN D. ALTMAN, ESQ. – ID#254231969
247 Livingston Avenue
New Brunswick, New Jersey  08901
732-745-9000
Attorneys for Defendant
saltman@benedictandaltman.com

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>                vs.<br><br>JOSE TORRES<br><br>        Defendant. | MAGISTRATE JUDGE EDWARD S. KIEL<br><br>CASE NO. 2:20-MJ-10059-MAH-1<br><br>SUBSTITUTION OF ATTORNEY |

        The undersigned attorneys hereby consent to the substitution of Steven D. Altman, of the law firm of Benedict and Altman, as attorney for the defendant Jose Torres in the above referenced cause.  Both the withdrawing attorney and the superseding attorney certify that the withdrawal and substitution will not cause or result in delay.

BENEDICT AND ALTMAN                          OFFICE OF THE PUBLIC DEFENDER

By: _____              By: _____
        STEVEN D. ALTMAN                              LISA M. MACK
        Superseding Attorney                          Withdrawing Attorney(s)

Lisa M. Mack  Digitally signed by Lisa M. Mack
Date: 2020.06.01 10:05:37 -04'00'

May 28, 2020